### Richard GRIM, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS; Records Supervisor SCI–Rockview; Records Supervisor SCI–Greensburg, Melodee Henderson; Records Supervisor SCI–Laurel Highlands, Rhonda Stairs; Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

June 26, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of June, 2008, probable jurisdiction is noted; the Order of the Commonwealth Court is **AFFIRMED.**